1  **ORD**
   **MICHAEL V. CRISTALLI, ESQ.**
2  Nevada Bar No. 006266
3  **CRISTALLI & SAGGESE, LTD.**
   732 S. Sixth Street, Suite 100
4  Las Vegas, Nevada 89101
   Telephone 702.386.2180
5  Facsimile 702.382.2977
6  *Attorney for Defendant JEROME HALL*

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**

9
                                       \*\*\*
10 UNITED STATES OF AMERICA,          )
                                      )
11         Plaintiff,                 )      2:05-CR-00121-SJO
                                      )
12 Vs.                                )
                                      )
13                                    )
   JEROME HALL,                       )
14                                    )
15         Defendant.                 )
   _____)
16

17                          **ORDER**

18     The Court having reviewed Defendant's Motion to Continue Hearing on Motion for New

19 Trial and with good cause appearing:

20
   …
21
   …
22
   …
23
   …
24
   …
25
   …
26
   …
27
   …
28
   …

-1-

1      **IT IS HEREBY ORDERED** that the Defendant, JEROME HALL's Motion to Continue

2    Hearing on Motion for New Trial, is granted.

3         January 9, 2009.

4

5                                              /S/  S. James Otero

6                                         _____

7                                         UNITED STATES DISTRICT JUDGE

8    Respectfully Submitted:

9

10

11   /s/ Michael V. Cristalli_____ _____
     **MICHAEL V. CRISTALLI, ESQ.**

12   Nevada Bar No. 006266
     **CRISTALLI & SAGGESE, LTD.**

13   732 S. Sixth Street, Suite 100

14   Las Vegas, Nevada 89101
     Telephone 702.386.2180

15   Facsimile 702.382.2977
     *Attorney for Defendant JEROME HALL*

16

17

18

19

20

21

22

23

24

25

26

27

28